**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6388**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLEVE WILLIAM FRAZIER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Terrence W. Boyle, Chief District Judge.  (CR-96-54-BO, CA-99-130-4-BO)

_____

Submitted:  July 27, 2000          Decided:  August 3, 2000

_____

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Cleve William Frazier, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cleve William Frazier seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Frazier, Nos. CR-96-54-BO; CA-99-130-4-BO (E.D.N.C. Jan. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2